```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 18568
    THEODORE RICHARDSON
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0874

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/10/2005 and was confirmed 07/20/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/25/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
FLAGSTAR BANK              CURRENT MORTG   44304.96            .00        44304.96
FLAGSTAR BANK              MORTGAGE ARRE    9000.00            .00         9000.00
INTERNAL REVENUE SERVICE   UNSEC W/INTER     838.71          54.88          838.71
PAY DAY EXPRESS            UNSEC W/INTER NOT FILED            .00             .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   UNSEC W/INTER NOT FILED            .00             .00
AMERICAN GENERAL FINANCE   UNSEC W/INTER NOT FILED            .00             .00
PAYDAY LOAN STORE          UNSEC W/INTER NOT FILED            .00             .00
PREMIER BANCARD CHARTER    FILED LATE        233.88           .00             .00
CAPTAL ONE                 UNSEC W/INTER NOT FILED            .00             .00
ECAST SETTLEMENT CORP      UNSEC W/INTER     346.35         22.62           346.35
SAFEWAY INC                UNSEC W/INTER NOT FILED            .00             .00
SAFEWAY INC                UNSEC W/INTER NOT FILED            .00             .00
SAFEWAY INC                UNSEC W/INTER NOT FILED            .00             .00
JEWEL OSCO                 UNSEC W/INTER NOT FILED            .00             .00
RESURGENT ACQUISITION LL   UNSEC W/INTER     749.59         43.97           749.59
CHECK PROCESSING BUREAU    UNSEC W/INTER     655.00         32.43           655.00
DANIEL M MOULTON           DEBTOR ATTY     1,700.00                       1,700.00
TOM VAUGHN                 TRUSTEE                                        3,056.32
DEBTOR REFUND              REFUND                                           644.20

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            61,449.03

PRIORITY                                      .00
SECURED                                 53,304.96
UNSECURED                                2,589.65
    INTEREST                               153.90
ADMINISTRATIVE                           1,700.00

              PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 18568 THEODORE RICHARDSON
```

```
TRUSTEE COMPENSATION                                           3,056.32
DEBTOR REFUND                                                    644.20
                                   ----------------    ----------------
TOTALS                                    61,449.03           61,449.03
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
    Dated: 01/28/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```